IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN L. BYARS,** | : CIVIL ACTION |
| **Plaintiff,** | : |
| | : |
| v. | : No. 12-121 |
| | : |
| **THE SCHOOL DISTRICT OF PHILADELPHIA,** | : |
| **ET AL.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 30th day of April, 2013, upon consideration of Defendants' "Motion to Dismiss Plaintiff's Complaint" (Doc. No. 42), the response, reply, sur-reply and supplemental briefings thereto, after oral argument, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part as follows:

- Counts IV-V, IX-XII and XVI are **DISMISSED** in their entirety;

- The remaining state law claims (Counts I-III, VI-VIII and XVII) are **DISMISSED** against the School District of Philadelphia, the School Reform Commission, Archie, McGregor-Armbrister, Dworetzky and Irizarry;

- The remaining defamation claims (Counts I, III and VII) are **DISMISSED** against Ackerman;

- Count XIII is **DISMISSED** against the School District of Philadelphia, the School Reform Commission, Archie, McGregor-Armbrister, Dworetzky and Irizarry. Count XIII is also **DISMISSED** against Ackerman, Nunery and Matthews in their official capacity <u>only</u>;

- Counts XIV-XV are **STAYED** pending the outcome of Plaintiff's administrative appeal. The parties are directed to file a joint status report on **September 30, 2013** and every **sixty (60)** days thereafter;

- Plaintiff shall have twenty-one (21) days from the date of this Order to amend her Complaint as to Count V.

        **BY THE COURT:**

        **/s/ Mitchell S. Goldberg**
        _____
        **Mitchell S. Goldberg, J.**