**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN L. BYARS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 12-121** |
| | : | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA,** | : | |
| **ET AL.,** | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

    **AND NOW**, this 4th day of February, 2015, upon consideration of "Defendants' Revised Motion to File Under Seal" (Doc. No. 133) and "Plaintiff's Memorandum of Law in Opposition to Defendants' Revised Motion to File Under Seal" (Doc. No. 137), and in accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that "Defendants' Revised Motion to File Under Seal" (Doc. No. 133) is **DENIED**. The Clerk of Court is directed to **UNSEAL** Exhibit 1 and 2 to Exhibit Y to Defendants' Motion for Summary Judgment.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**